JACOB WICKS, JR., Respondent, *v.* LONDON AND LANCASHIRE FIRE INSURANCE COMPANY, Appellant.

*Wicks* v. *London & L. Fire Ins. Co.*, 102 App. Div. 615, affirmed.
(Argued March 16, 1906; decided April 3, 1906.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered

38

March 17, 1905, which reversed a judgment in favor of defendant entered upon a decision of the court at a Trial Term without a jury and an order denying a motion for a new trial.

*Ernest A. Cardozo* and *Michael H. Cardozo* for appellant.

*Gustav Lange, Jr.*, for respondent.

Order affirmed and judgment absolute ordered for plaintiff on the stipulation, with costs in all courts; no opinion.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, VANN, WILLARD BARTLETT and CHASE, JJ.